UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Peter Nicholas Myma
                              Plaintiff,

v.                                                         Case No.: 1:25–cv–02154
                                                                Honorable April M. Perry

Wendy Anne Wroe, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2025:

        MINUTE entry before the Honorable April M. Perry: Plaintiff's ex parte motion for a temporary restraining order [10] is denied. At this time, Plaintiff has not demonstrated a likelihood of success on the merits for any of the claims in his 154–page complaint. This case appears to involve a custody dispute that is currently being litigated in Indiana and North Carolina. Plaintiff complains that Defendants have deliberately engaged in malicious conduct to alienate Plaintiff from his children and have violated court orders in the Indiana custody case, secretly had the case transferred from Indiana to North Carolina, and have been evading service (presumably, in one or both of the state court cases). Plaintiff requests that this Court issue an order voiding the North Carolina court orders, reinstating the Indiana court orders, and prohibiting Defendants from interfering with Plaintiff's relationship with his children in various ways. To the extent Plaintiff is requesting the court to oversee, weigh–in on, or modify the terms of state court custody orders, it has no jurisdiction to do so. See Ankenbrandt v. Richards, 504 U.S. 689, 702 (1992) (holding that federal courts do not have power to issue divorce, alimony, or child custody decrees). Nor is it appropriate for this Court to dictate how anyone communicates with the children, especially in light of the fact that this appears to be the subject of ongoing state court litigation. See J.B. v. Woodard, 997 F.3d 714 (7th Cir. 2021) (federal courts should "stand down" when the adjudication of the claim "threaten[s] interference with and disruption of local family law proceedings a robust area of law traditionally reserved for state and local government"). As for Plaintiff's request that the Court authorize alternative service, the Court sees from the docket that Plaintiff has submitted a USM–285 form. The Court directs the Clerk to transmit this form to the U.S. Marshals Service, and the Court trusts that the USMS will effectuate service in an appropriate manner. The Courts strikes the 3/25/2025 status hearing. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.