

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| **PETER NICHOLAS MYMA,** | ) |
| | ) |
| Plaintiff, | ) |
| | )        Case No. 1:25-cv-02154 |
| v. | ) |
| | )        Hon. April M. Perry |
| | ) |
| **WENDY ANNE WROE and** | ) |
| **JOHNNY DARRELL LORICK,** | ) |
| | ) |
| Defendants. | ) |

**NOTICE REGARDING STATUS OF SERVICE OF PROCESS**

## I. Notice

1. Plaintiff Peter Nicholas Myma respectfully submits this notice to update the Court regarding the current status of service of process upon the Defendants, pursuant to the Court's prior Order authorizing service by the United States Marshals Service.

2. After certified mail was rejected by both Defendants, and multiple attempts by the Wake County, NC Sheriff's Office were unsuccessful, the US Marshal was tasked with effectuating service under the Court's directive.

3. On 4/24/2025 payment was sent to the Chicago Marshal's Office.

4. On or about 5/9/2025 Plaintiff personally visited the United States Marshals Service located at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois. During that visit, a Deputy Marshal confirmed that the relevant case materials and accompanying payment had been received at the beginning of this month (May 2025), and that the matter has since been transferred to the United States Marshals Service in North Carolina for execution of service upon both Defendants.

5. Plaintiff understands from that office that service is now active and pending execution by the North Carolina field office, though the Marshals Service indicated that completion of service may take additional time due to operational constraints and inter-jurisdictional coordination.

6. The US Marshals cannot directly serve process in Defendant Wroe's native Canada.

7. Plaintiff now submits this notice in order to preserve a clear record of ongoing good-faith efforts to effectuate proper service and to keep the Court apprised of the status of compliance with its prior Order.

Respectfully submitted,

Executed on ___May 20___, 2025, in Chicago, IL.

_____/s/_____

Peter Myma, Plaintiff, Pro Se

## II. VERIFICATION AND DECLARATION

Pursuant to 28 U.S.C. § 1746, Plaintiff hereby declares under penalty of perjury that the facts stated herein are true and correct to the best of Plaintiff's knowledge and belief.

Executed on ___May 20___, 2025, in Chicago, IL.

Signature:

_____/s/_____

Peter Myma, Plaintiff, Pro Se

## III. CERTIFICATE OF SERVICE

I hereby certify that on __May 20__, 2025, I caused a true and correct copy of the foregoing document and all attachments to be served upon the following parties via United States Postal Service certified mail, postage prepaid, to:

**Defendants Defendant Johnny Darrell Lorick,**
**Wendy Anne Wroe**
104 Shumard Oak Lane
Apex, NC 27539

Executed on __May 20__, 2025.

Signature: ____/s/_____
**Peter Myma**
Pro Se Plaintiff