



**BC** **QR**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| **PETER NICHOLAS MYMA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:25-cv-02154 |
| v. | ) |
| | ) Hon. April M. Perry |
| | ) |
| **WENDY ANNE WROE** and | ) |
| **JOHNNY DARRELL LORICK,** | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS AND FOR ALTERNATIVE SERVICE**

**I. MOTION**

1. **NOW COMES** Plaintiff Peter Myma, pro se, and respectfully moves this Honorable Court for an extension of time pursuant to Federal Rule of Civil Procedure 4(m) and, in the alternative, for leave to serve Defendants through email. In support thereof Plaintiff states as follows:

    a. Plaintiff filed this action on Feb. 28, 2025 and timely attempted service on Defendants Wendy Wroe and Johnny Lorick pursuant to Fed. R. Civ. P. 4.

    b. The Wake County (NC) Sheriff attempted service twice at the known North Carolina addresses of the Defendants and left a posting on their Apex, NC door as to the pendency of this federal action.

    c. In addition, Plaintiff also sent certified mail, which was refused.

    d. This Court later subsequently ordered U.S. Marshal's Service.

    e. The Marshal Service has now had over 30 days to effectuate service but has also been unsuccessful.

    f. Plaintiff has timely filed notice with this court of his diligence in effecting service.

    g. Plaintiff believes Defendants are deliberately evading service and that further conventional service attempts may prove equally unavailing.

    h. Good cause exists to grant an additional 90-day extension under Rule 4(m), given the documented and reasonable efforts to serve

both Defendants and the failure of service despite involving official channels.

i. Plaintiff is in regular communication with Defendants via email, most recently on May 13, 2025.

j. Alternatively, Plaintiff respectfully requests leave of Court under *Transamerica Corp. v. TransAmerica Multiservices Inc.*, No. 1:18-cv-22483 (S.D. Fla. 2018) to serve evasive defendants via email, which would be reasonably calculated to provide actual notice.

## II. RELIEF

2. **WHEREFORE**, Plaintiff respectfully requests that this Court grant the following relief:

   a. Extend the time to serve Defendants Wroe and Lorick for an additional 90 days, or longer, under Rule 4(m); and,

   b. Grant leave to serve Defendants through email.

Respectfully submitted,

Executed on ___June 6___, 2025, in Chicago, IL.

____/s/_____

Peter Myma, Plaintiff, Pro Se

## III. VERIFICATION AND DECLARATION

Pursuant to 28 U.S.C. § 1746, Plaintiff hereby declares under penalty of perjury that the facts stated herein are true and correct to the best of Plaintiff's knowledge and belief.

Executed on ___June 6___, 2025, in Chicago, IL.

Signature:

*P. Myma* (signature)

_____/s/_____

Peter Myma, Plaintiff, Pro Se

## IV. CERTIFICATE OF SERVICE

I hereby certify that on __June 6__, 2025, I caused a true and correct copy of the foregoing document and all attachments to be served upon the following parties via United States Postal Service certified mail, postage prepaid, to:

Defendants **Johnny Darrell Lorick, Wendy Anne Wroe**
104 Shumard Oak Lane
Apex, NC 27539

Executed on ___June 6___, 2025.

Signature: ____/s/_____
**Peter Myma**
Pro Se Plaintiff