## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Peter Nicholas Myma

                        Plaintiff,

v.                                                             Case No.: 1:25–cv–02154
                                                              Honorable April M. Perry

Wendy Anne Wroe, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2025:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's motion for extension of time to serve defendants and for alternative service [20] is granted in part and denied in part. Plaintiff has shown good cause to extend the time for service to 8/10/2025. Plaintiff has engaged the assistance of the U.S. Marshals to serve summons in this case. The Court has not received word from the USMS that they have been unable to serve defendants such that alternative service is necessary or appropriate. The Court believes that this extension of time will give them the opportunity to complete service. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.