USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

BC

Case: 1:25-cv-02154 Document #: 6-1 (Court only) Filed: 02/28/25 Page 1 of 1 PageID #:165

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED 2/28/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT AxK

FILED 6/23/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT CVK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Peter Nicholas Myma | 25cv2154  -1 |
| DEFENDANT | TYPE OF PROCESS |
| Wendy Anne Wroe, Johnny Darrell Lorick | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Johnny Darrell Lorick
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
104 Shumard Oak Lane Apex, NC 27539

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Peter Myma
7620 Niles Center Rd.
Skokie, IL 60077

1:25-cv-02154
Judge April M. Perry
Magistrate Judge Daniel P. McLaughlin
RANDOM / Cat. 2

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Mr. Lorick is 63, black with short balding hair and is 6'2" tall and 190 lbs.
There are two white children in the household, Leif Myma a son age 11 and Zola Myma, a 15-year old daughter.
The Defendants are most likely home on week days around school start time from apx 7-9 AM.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ P. Myma | | 812 416-1011 | 2/27/25 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 24 | No. 56 | [signature] | 5/12/25 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 06/16/25 | 9:30 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 1st attempt conducted 5/12/2025 at 3:00pm no contact.
2nd attempt 5/13/2025 at 10:25am, DUSM approached two individuals in driveway and they ran inside and shut the door. They did not open the door after knocking. 3rd attempt 9:30AM 6/16/25.
No Answer

RECEIVED MAY 12 2025 U.S. Marshals Service, EDNC

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80