# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Peter Nicholas Myma

                                    Plaintiff,

v.                                                 Case No.: 1:25−cv−02154
                                                          Honorable April M. Perry

Wendy Anne Wroe, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2025:

      MINUTE entry before the Honorable April M. Perry: The U.S. Marshals have returned service unexecuted as to Defendants in this case [22][23]. Plaintiff's motion for alternative service [20] is now granted. Plaintiff has averred that the North Carolina Wake County Sheriff left a posting on Defendants' door regarding this action, and that Plaintiff has sent a certified mailing which was refused. Plaintiff is given permission to email a copy of the complaint and summons to the email address at which he has been communicating with Defendants in order to effectuate service. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.