

UNITED STATES DISTRICT COURT

FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)

Eastern Division

Peter Nicholas Myma

                Plaintiff,

v.                                              Case No.: 1:25−cv−02154

                                              Honorable April M. Perry

Wendy Anne Wroe, et al.

                Defendant.

_____

## AFFIDAVIT OF COMPLIANCE WITH ORDER FOR ALTERNATIVE SERVICE

I, Peter Nicholas Myma, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge and belief:

1. I am the Plaintiff in the above-captioned action and am proceeding pro se.

2. On _____, 2025, pursuant to the Court's Order granting leave to serve by alternative means, I served true and correct copies of the summons and complaint on Defendant Wendy Anne Wroe by:

a. **Email** to: indigo_wroe@yahoo.com
on the _____ day of _____, 2025 at _____ a.m./p.m.

b. **Text message** to: (812) 558-4176, including a hyperlink or attachment of the documents, sent on the _____ day of _____, 2025 at _____ a.m./p.m.

3. These methods were reasonably calculated to provide actual notice, and I have reason to believe the Defendants maintain active access to both the email and phone number used.

4. I have retained copies of the message transmissions, including delivery confirmations or screenshots, and will produce them to the Court upon request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____, 2025.
Chicago, Illinois


_____

Peter Nicholas Myma
Pro Se Plaintiff