[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

PETER NICHOLAS MYMA

Plaintiff

v.

WENDY ANNE WROE and
JOHNNY D. LORICK

Defendant

Case Number: 25:CV 02154

Judge: April M. Perry

**Amended NOTICE OF MOTION**

**TO:** Peter Nicholas Myma

7620 Niles Center

Skokie, IL 60077

**PLEASE TAKE NOTICE** that on August 7, 2025 at 10:00 A.M., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge April M. Perry or any judge sitting in his or her stead in **Courtroom** 1725 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Combined Motion to Dismiss Pursuant to Federal Rules 12(b)(1) and 12(b)(6)

### CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I provided service to the person or persons listed above by the following means: via e-mail to petermyma@gmail.com

Signature: *Ann McGinnis O'Connell*     Date: 07/22/25

Name (Print): Ann McGinnis O'Connell

Address: 1911-B Rohlwing Road     Phone: 847-859-6222

Rolling Meadows, IL 60008

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]