# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Peter Nicholas Myma

                                 Plaintiff,

v.                                                                Case No.: 1:25−cv−02154
                                                                       Honorable April M. Perry

Wendy Anne Wroe, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2025:

       MINUTE entry before the Honorable April M. Perry: Plaintiff's motion for entry of default [31] is denied, as Defendants have appeared and moved to dismiss the complaint for lack of jurisdiction and for failure to state a claim. Plaintiff shall file a response to Defendants' motion to dismiss by 8/13/2025; reply to be filed by 8/25/2025. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.