**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Peter Nicholas Myma

               Plaintiff,

v.

                                       Case No.: 1:25–cv–02154

                                       Honorable April M. Perry

Wendy Anne Wroe, et al.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

      MINUTE entry before the Honorable April M. Perry: Defense counsel's motion to withdraw [60] will be heard on 6/23/2026 at 12:00 p.m. [TIME CHANGE ONLY]. Any party may appear by phone by calling the Toll–Free Number: 650–479–3207, Access Code: 2307 684 8339. As the Court will be in a jury trial that day, there could be a short delay opening the phone line. Defense counsel is to send a copy of this minute order to Defendants by 6/17/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.