**FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PETER NICHOLAS MYMA,** | ) |
| | ) |
| **Plaintiff,** | ) **CASE NUMBER: 25:CV 02154** |
| **v.** | ) |
| | )**Honorable Judge April M. Perry** |
| **WENDY ANNE WROE and** | ) |
| **JOHNNY DARRELL LORICK** | )**Magistrate Judge Daniel P. McLaughlin** |
| **Defendants.** | ) |

**MOTION TO WITHDRAW DEFENSE COUNSEL'S MOTION TO WITHDRAW [60]
AS MOOT**

Defense counsel respectfully submits this Motion to Withdraw defense counsel's Motion for

Leave to Withdraw as Attorney filed on June 15, 2026 [60] and states as follows:

1. On June 15, 2026, counsel for Defendants Wendy Anne Wroe and Johnny Darrell Lorick

   filed a Motion for Leave to Withdraw ("Motion") as attorney [60].

2. The Motion is scheduled to be heard on June 23, 2026 at 12:00 p.m.

3. The Motion has not yet been ruled on by this Court.

4. Since filing the Motion, circumstances have changed. Counsel has determined that

   continuing representation of both Defendants is appropriate, and she will remain on the

   case.

5. Counsel no longer seeks the relief originally requested in the original Motion- namely,

   judicial permission to withdraw from representation.

6. Because counsel will continue to represent the Defendants, the original motion no longer

   presents a live controversy for this Court to decide.

7. No party will be prejudiced by the withdrawal of the Motion.

Wherefore, for the foregoing reasons, Defendants' counsel respectfully requests this Court:

**1**

A. Grant this Motion to Withdraw the Motion for Leave to Withdraw as Attorney;

B. Dismiss or strike the original Motion for Leave to Withdraw as Attorney from the record as moot;

C. Vacate any hearing date that may have been scheduled on the original motion; and

D. Grant such other and further relief as the Court deems just and proper.

Dated : June 17, 2026,

Respectfully submitted,

/s/Ann McGinnis O'Connell

Ann O'Connell Law, Ltd.
Ann McGinnis O'Connell, Esq.
1911 B Rohlwing Road
Rolling Meadows, IL 60008
Ann@AnnOConnellLaw.com
# 6286998

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion was served on the following by delivering a copy on June 17, 2026, via Defendants' Email to indigo_wroe@yahoo.com and jdlorick@aol.com and to Plaintiff's email address: Peter Myma <petermyma@gmail.com.

Defendant Wendy Ann Wroe
104 Shumard Oak Lane
Apex, NC 27539
indigo_wroe@yahoo.com

Defendant Johnny Darrell Lorick
104 Shumard Oak Lane
Apex, NC 27539
jdlorick@aol.com

Plaintiff Peter Myma
7620 Niles Center Road

**2**

Skokie, IL 50077-2764
Peter Myma: petermyma@gmail.com