## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Peter Nicholas Myma

                                    Plaintiff,

v.                                                          Case No.: 1:25–cv–02154
                                                            Honorable April M. Perry

Wendy Anne Wroe, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

      MINUTE entry before the Honorable April M. Perry: The Court acknowledges receipt of the motion to withdraw defense counsel's motion to withdraw [65]. That motion is granted, and the motion to withdraw as counsel [60] is denied as moot. The Court strikes the motion hearing date of 6/23/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.