**IN THE UNITED STATES DISTRICT COUNT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **PETER NICHOLAS MYMA,** | **)** |
| | **)** |
| **Plaintiff,** | **) CASE NUMBER: 25:CV 02154** |
| **v.** | **)** |
| | **)Honorable Judge April M. Perry** |
| **WENDY ANNE WROE and** | **)** |
| **JOHNNY DARRELL LORICK** | **)Magistrate Judge Daniel P. McLaughlin** |
| **Defendants.** | **)** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on August 19, 2026 at 10:00 a.m. or as soon as thereafter as counsel may be heard, Movant, Attorney Ann McGinnis O'Connell, shall appear before the Honorable Judge April M. Perry in Courtroom 1725 or any judge sitting in her stead, and shall present the following: Defendants Combined Motion to Dismiss the Amended Complaint pursuant to Rule 12(b)(6) and 12(f) and 9(a).

Dated: July 29, 2026

Respectfully submitted,

/s/Ann McGinnis O'Connell

Ann O'Connell Law, Ltd.
Ann McGinnis O'Connell, Esq.
1911 B Rohlwing Road
Rolling Meadows, IL 60008
Ann@AnnOConnellLaw.com
# 6286998

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Motion was served on the following by delivering a copy on June 15, 2026, via U.S. Mail and Defendants' Email to petermyma@gmail.com and to Defendants' last known address and to Plaintiff's email address: Peter Myma <petermyma@gmail.com.

**July 29, 2026**

Plaintiff Peter Myma
7620 Niles Center Road
Skokie, IL 50077-2764
Peter Myma: petermyma@gmail.com

Respectfully submitted,

/s/Ann McGinnis O'Connell

Ann O'Connell Law, Ltd.
Ann McGinnis O'Connell, Esq.
1911 B Rohlwing Road
Rolling Meadows, IL 60008
Ann@AnnOConnellLaw.com
# 6286998