**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Peter Nicholas Myma
Plaintiff,
v.
Wendy Anne Wroe, et al.
Defendant.

Case No.: 1:25−cv−02154
Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2026:

MINUTE entry before the Honorable April M. Perry: Motion to Dismiss [69] is acknowledged, and the court sets a briefing schedule: Plaintiff to file a response by 8/20/2026; a reply to be filed by 8/31/2026. There is no need for the parties to appear at the motion hearing scheduled for 8/19/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.